IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-02264-RPM-MJW | FTR - Courtroom A-502 |
| **Date:** July 28, 2008 | Courtroom Deputy, Ellen E. Miller |
| CARMAX AUTO SUPERSTORES WEST COAST, INC., and<br>CARMAX BUSINESS SERVIES, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>CARMAX, LLC<br>GUSS M. HUND, and<br>ERIC HUND,<br><br>Defendant(s). | William F. Jones<br>Matthew A. Morr<br><br><br><br><br><br><br>- - - - - |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTIONS HEARING
**Court in Session :** 3:00 p.m.
Court calls case. Appearances of counsel for Plaintiffs. Defendants do not appear nor does any legal representative for them.

WILLIAM FREDERICK JONES is sworn and testifies.

Exhibits 1, 2, 3, 4, and 5 are offered and admitted into evidence.

**It is ORDERED:** Plaintiffs' MOTION FOR DEFAULT JUDGMENT [Docket No. 11, Filed May 30, 2008] is **TAKEN UNDER ADVISEMENT**. The Court will issue a written order in due course.

**It is ORDERED:** Plaintiffs' MOTION FOR ATTORNEYS' FEES AND COSTS [Docket No. 13, Filed May 30, 2008] is **TAKEN UNDER ADVISEMENT.** The Court will issue a written order in due course.

Hearing concluded.
**Court in recess:** 3:20 p.m.
Total In-Court Time 00:20

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.