IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-02264-RPM-MJW

CARMAX AUTO SUPERSTORES WEST COAST, INC.,
a California corporation and
CARMAX BUSINESS SERVICES, LLC,
a Delaware limited liability company,

      Plaintiffs,

v.

CARMAX, LLC, a Colorado limited liability corporation, and its owners
GUSS M. HUND, and
ERIC HUND,

      Defendants.

---

## ORDER FOR ENTRY OF JUDGMENT

---

Upon consideration of the recommendation of the United States Magistrate Judge Michael J. Watanabe on Plaintiffs' motion for default judgment and motion for attorney fees and costs, entered August 4, 2008, and upon review of the record in this proceeding, it is

ORDERED that the findings of fact and conclusions of law contained in a Magistrate Judge's Recommendation are adopted by this reference and pursuant thereto it is

FURTHER ORDERED that the clerk shall enter judgment pending the injunctive relief as recommended and the award of attorney fees as recommended, with costs to be taxed.

Dated: September 9th, 2008

                BY THE COURT:

                s/ Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge